UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALERY LATOUCHE,<br><br>        Plaintiff,<br><br>  -against-<br><br>LIEUTENANT BRIAN J. BODGE, ET AL.,<br><br>        Defendants. | 24-cv-6239 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the September 30, 2024, order, this action is dismissed without prejudice.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: September 30, 2024
     New York, New York

               /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
             Chief United States District Judge